IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IVAN ORTIZ, JR., | : | CIVIL ACTION |
| --- | --- | --- |
| Petitioner, | : | NO. 12-7166 |
| | : | |
| v. | : | |
| | : | |
| BRIAN COLEMAN, et al., | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this **27th** day of **March, 2013**, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of Chief U.S. Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is **DENIED** and **DISMISSED with prejudice**;

3. A Certificate of Appealability will not issue; and

4. The Clerk of Court shall mark this case at **CLOSED**.

**AND IT IS SO ORDERED.**

                                                       EDUARDO C. ROBRENO, J.